IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE W. FULCO, #108598 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:24-CV-1025-SDJ |
| | § | |
| GINNY HAMPTON | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #16), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 25, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Plaintiff George W. Fulco's claims and lawsuit against Judge Hampton be dismissed pursuant to 28 U.S.C. §§ 1915A and 1915(e). Specifically, the Report recommended that Plaintiff's claims against Judge Hampton in her official capacity be dismissed without prejudice, because the court does not have jurisdiction over those claims, and that Plaintiff's claims against Judge Hampton in her individual capacity be dismissed with prejudice for failure to state a claim for relief.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the

---

[1] On August 25, 2025, a copy of the Report was returned as undeliverable and marked, "Return to Sender-Unclaimed-Unable to Forward." (Dkt. #17). Plaintiff acknowledged receipt of the Report on September 19, 2025. (Dkt. #18).

findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED**. Plaintiff's claims against Judge Hampton in her official capacity are **DISMISSED** without prejudice. Plaintiff's claims against Judge Hampton in her individual capacity are **DISMISSED** with prejudice for failure to state a claim for relief. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of December, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE